UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KYLE ROLFINGSMEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05CV2156-SNL |
| ) | |
| JANSSEN PHARMACEUTICA, L.P., ) | |
| ELI LILY & CO., INC., and ) | |
| DR. HOWARD ILIVICKY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's motion to remand to the State of Missouri court is pending and it has been fully briefed. The matter has been addressed in the case of <u>Gloria Black v. Janssen Pharmaceutica, L.P., et al.</u>, No. 4:05CV1921-HEA. This Court believes that case decision should be applicable here.

**IT IS THEREFORE ORDERED** that the motion of plaintiff to remand is **GRANTED**. This case is remanded to the Circuit Court of the City of St. Louis.

Dated this __15th__ day of March, 2006.

_Stephen N. Limbaugh_
SENIOR UNITED STATES DISTRICT JUDGE